In the Matter of the Transfer Tax upon the Estate of
ANNIE E. BARNABY, Deceased.

THE COMPTROLLER OF THE STATE OF NEW YORK, Appellant; MARY L. KIRKMAN, as Executrix, Respondent.

*Matter of Barnaby,* 189 App. Div. 929, affirmed.

(Argued January 7, 1920; decided January 27, 1920.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 7, 1919, which affirmed an order of the New York County Surrogate's Court assessing a transfer tax upon the estate of Annie E. Barnaby, deceased. The question involved was whether a person legally adopted as daughter in conformity with the laws of the state of

New York by a decedent was entitled, under chapter 548 of the Laws of 1916, being sections 221 and 221-a of the Tax Law, to an absolute exemption of $5,000 or whether such an adopted daughter was entitled merely to such exemption in the event that the amount she received was less than $5,000. The surrogate held that she was absolutely entitled to the exemption notwithstanding the amount of the estate.

*Schuyler C. Carlton* and *Lafayette B. Gleason* for appellant.

*Frank H. Sincerbeaux* and *Arthur H. Indell* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, CRANE and ANDREWS, JJ.